# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL GARZA, | Case No. 1: 21-cv-01203-AWI-SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT ON SERVICE OF COMPLAINT |
| v. | |
| CITY OF VISALIA, et al., | FIVE-DAY DEADLINE |
| Defendants. | |

On August 9, 2021, Plaintiff Michael Garza filed this action. (ECF No. 1.) Summonses were issued on the same date. (ECF No. 3.) Plaintiff has not returned a proof of service for the Defendants. There is currently a mandatory initial scheduling conference set in this action for November 16, 2021, before the undersigned. (ECF No. 4.)

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** from the date of entry of this order Plaintiff shall file a notice informing the Court of the status of service on Defendants, and addressing readiness for the mandatory scheduling conference.

IT IS SO ORDERED.

Dated: __November 3, 2021__

UNITED STATES MAGISTRATE JUDGE

1