# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARZA,<br><br>             Plaintiff,<br><br>     v.<br><br>CITY OF VISALIA, et al.,<br><br>             Defendants. | Case No.  1: 21-cv-01203-AWI-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO DECEMBER 16, 2021 AT 3:00 P.M. |

On August 9, 2021, Plaintiff Michael Garza filed this action. (ECF No. 1.)  Summonses were issued on the same date.  (ECF No. 3.)  There is currently a mandatory initial scheduling conference set in this action for November 16, 2021, before the undersigned.  (ECF No. 4.)  Because Plaintiff had not returned proofs of service in this action, on November 3, 2021, the Court ordered Plaintiff to file a status report addressing service and the scheduling conference. (ECF No. 5.)  On November 8, 2021, Plaintiff returned executed summonses.  (ECF Nos. 6, 7.) On the same date, Plaintiff's counsel also filed a declaration explaining that his residence was lost in a fire, and that caused a significant toll on his ability to manage his caseload.  (ECF No. 8.)  Plaintiff requests the scheduling conference be continued for thirty (30) days.  The Court finds good cause to grant the requested continuance to allow Defendants to file a responsive pleading.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that the scheduling conference currently set for November 16, 2021, is CONTINUED to **December 16, 2021, at 3:00 p.m.**

IT IS SO ORDERED.

Dated:   **November 9, 2021**

UNITED STATES MAGISTRATE JUDGE