# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARZA,<br><br>             Plaintiff,<br><br>     v.<br><br>CITY OF VISALIA, et al.,<br><br>             Defendants. | Case No.  1: 21-cv-01203-AWI-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO JANUARY 13, 2022 AT 3:00 P.M. |

A scheduling conference is currently set in this matter for December 16, 2021, at 3:00 p.m. (ECF No. 9.) On December 13, 2021, in response to the Court's communication that the 3:00 p.m. time was no longer available, the parties have submitted a stipulation indicating they met and conferred and agreed to continue the scheduling conference until January 13, 2022, due to the parties' counsels' schedules. (ECF No. 12.) The Court finds good cause to continue the scheduling conference until such date.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for December 16, 2021, is CONTINUED to **January 13, 2022, at 3:00 p.m.** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **December 14, 2021**

UNITED STATES MAGISTRATE JUDGE