# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARZA, | Case No. 1:21-cv-01203-SAB |
| Plaintiff, | ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULE AND FILE AMENDED COMPLAINT |
| v. | |
| CITY OF VISALIA, et al., | (ECF Nos. 18, 19) |
| Defendants. | |

Plaintiff initiated this action against Defendants City of Visalia, Police Officer Mudo and other DOE officers on August 9, 2021. (ECF No. 1.) On January 21, 2022, the Court issued a scheduling order. (ECF No. 18.) Pursuant to the scheduling order, the deadline to file any motion or stipulation requesting leave to amend the pleadings was set for March 18, 2022. (Id. at 2.)

On May 25, 2022, the parties filed a stipulation requesting leave for Plaintiff to file an amended complaint, which the Court construes as a stipulated motion to modify the scheduling order and to grant leave to file an amended complaint. (ECF No. 19.) The parties proffer that, after receiving discovery responses from Defendants, Plaintiff learned for the first time the names and identities of three officers previously identified in the complaint as DOE officer defendants. After meeting and conferring, the parties agreed to stipulate to permit Plaintiff leave

to file an amended complaint to identify the DOE officer defendants as Chris Fernandes, Samantha Gonzales, and Anthony Chandler. Even though the parties seek leave to amend after the deadline to amend has passed, the parties proffer permitting amendment at this time would serve the best interest of all parties and not prejudice anyone. Plaintiff requests leave to file the proposed amended complaint within ten days of any order granting leave to amend. The Court is satisfied that good cause exists to grant the parties' requested relief.

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule to extend the deadline to amend the pleadings to permit Plaintiff leave to file an amended complaint (ECF No. 19) is GRANTED;

2. Plaintiff is GRANTED leave to file an amended complaint to add Officers Chris Fernandes, Samantha Gonzales, and Anthony Chandler as additional Defendants. Plaintiff shall filed the proposed amended complaint no later than **June 6, 2022**;

3. Plaintiff shall promptly serve Officers Chris Fernandes, Samantha Gonzales, and Anthony Chandler and file proofs of service with the Court no later than **June 27, 2022**;

4. Defendants' responses to the first amended complaint shall be filed no later than **July 27, 2022**; and

5. All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **May 25, 2022**

UNITED STATES MAGISTRATE JUDGE